1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ESCOBAR,<br><br>          Petitioner,<br><br>       v.<br><br>FRED FOULK, Warden,<br><br>          Respondent. | Case No. CV 14-3521 RT (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

        Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on
file, and the Report and Recommendation of the United States Magistrate Judge.
Further, the Court has engaged in a de novo review of those portions of the Report
to which Petitioner has objected.  The Court accepts the findings and
recommendation of the Magistrate Judge.

1      IT IS ORDERED that Judgment be entered denying the petition and

2   dismissing this action with prejudice.

3

4

5   DATE: **8/24/15**            _Robert J. Timlin_

6                               HON. ROBERT J. TIMLIN
                                SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28