# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ESCOBAR,<br><br>Petitioner,<br><br>v.<br><br>FRED FOULK, Warden,<br><br>Respondent. | Case No. CV 14-3521 RT (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 8/24/15

_Robert J. Timlin_
HON. ROBERT J. TIMLIN
SENIOR UNITED STATES DISTRICT JUDGE